| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Adam J. Levitt<br>John E. Tangren<br>GRANT & EISENHOFER P.A.<br>30 North LaSalle Street, Suite 1200<br>Chicago, Illinois  60602<br>(312) 214-0000 |
| Timothy G. Blood<br>Thomas J. O'Reardon II<br>BLOOD HURST & O'REARDON, LLP<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br>(619) 338-1100 | Jeffrey A. Leon<br>Jamie E. Weiss<br>QUANTUM LEGAL LLC<br>513 Central Avenue, Suite 300<br>Highland Park, Illinois 60035<br>(847) 433-4500 |

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION,<br><br>　　　　　　Defendant | Civil Action No. 07-01 (JLL)(JAD) |
| IN RE BAYER PHILLIPS COLON HEALTH PROBIOTIC SALES PRACTICES LITIGATION | Civil Action No. 11-3017(JLL)(JAD)<br><br>**NOTICE OF MOTION** |

TO:　　All Counsel on ECF Counsel List

COUNSEL:

　　　　PLEASE TAKE NOTICE that on Monday, June 15, 2015 at 10 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs shall move before Hon. Jose L.

Linares at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07102 appealing the May 8, 2015 Order of the Magistrate Judge denying Plaintiffs' application to modify the Discovery Confidentiality Orders in the above matters.

The undersigned intends to rely upon the annexed Brief.

The undersigned hereby requests oral argument.

>CARELLA, BYRNE, CECCHI,
>OLSTEIN, BRODY & AGNELLO
>Attorneys for Plaintiffs
>
>By:  /s/ James E. Cecchi
>      JAMES E. CECCHI

DATED: May 13, 2015

| | |
|---|---|
| Timothy G. Blood | Adam J. Levitt |
| Thomas J. O'Reardon II | John E. Tangren |
| BLOOD HURST & O'REARDON, LLP | GRANT & EISENHOFER P.A. |
| 701 B Street, Suite 1700 | 30 North LaSalle Street, Suite 1200 |
| San Diego, CA 92101 | Chicago, Illinois 60602 |
| (619) 338-1100 | (312) 214-0000 |

Jeffrey A. Leon
Jamie E. Weiss
QUANTUM LEGAL LLC
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
(847) 433-4500